**In re the Petition for Reinstatement of Dennis Michael DUDLEY, an Attorney at Law of the State of Minnesota.**

No. C3–91–1946.

Supreme Court of Minnesota.

May 14, 1992.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that Dennis Michael Dudley's petition for reinstatement to the practice of law be, and the same is, granted.